UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> DR. DEPOVIC, *et al.*, <br><br> Defendant. | 1:18-cv-00767 JDP (PC) <br><br> ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Christopher Lipsey, Jr., is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983. Plaintiff has neither paid the filing fee nor submitted an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

Accordingly,

Within forty-five (45) days of the date of service of this order, plaintiff must either submit the attached application to proceed *in forma pauperis*, completed and signed, or pay the $400 filing fee. **No requests for extensions will be granted absent good cause**. **Failure to comply with this order may result in dismissal of this action.**

IT IS SO ORDERED.

Dated: June 7, 2018

/s/ *Jeremy D. Peterson*
UNITED STATES MAGISTRATE JUDGE

1