1

2

3

4

5

6

7
UNITED STATES DISTRICT COURT

8
FOR THE EASTERN DISTRICT OF CALIFORNIA

9
CHRISTOPHER LIPSEY, JR.,                    Case No. 1:18-cv-00767-LJO-JDP (PC)

10
Plaintiff,                                ORDER ADOPTING FINDINGS AND
                                          RECOMMENDATIONS THAT PLAINTIFF
11
v.                                        STATES MEDICAL DELIBERATE
                                          INDIFFERENCE CLAIMS AGAINST
12
DR. DEPOVIC, *et al.*,                      DEFENDANTS DEPOVIC AND GREWALL
                                          AND ALL OTHER CLAIMS AND
13
Defendants.                           DEFENDANTS ARE DISMISSED

14
                                          ECF Nos. 12, 13

15

16
        Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

17
under 42 U.S.C. § 1983.  The court has referred this matter to a magistrate judge under 28

18
U.S.C. § 636(b)(1)(B) and Local Rule 302.

19
        On August 2, 2019, the assigned magistrate judge issued findings and recommendations

20
that plaintiff proceed on his medical deliberate indifference claims against defendants Depovic

21
and Grewall, and that all other claims and defendants be dismissed.  ECF No. 13.  Plaintiff filed

22
objections, and then withdrew them. ECF No. 17.

23
        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this

24
court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

25
court finds the findings and recommendations to be supported by the record and proper analysis.

26

27

28

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on August 2, ECF No. 13, are adopted in full;

2. Plaintiff may proceed only on his medical deliberate indifference claims against defendants Depovic and Grewall; and

3. All other claims and defendants are dismissed.

IT IS SO ORDERED.

Dated: __**January 9, 2020**__ _____**/s/ Lawrence J. O'Neill**_____
UNITED STATES DISTRICT JUDGE