# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LIPSEY, JR., | Case No. 1:18-cv-00767-LJO-JDP |
| Plaintiff, | ORDER DENYING MOTION TO CONSOLIDATE |
| v. | ECF No. 16 |
| DR. DEPOVIC, *et al.*, | ORDER GRANTING MOTION TO WITHDRAW OBJECTIONS |
| Defendants. | ECF No. 17 |

Plaintiff moves to consolidate this case with another case. ECF No. 16. Plaintiff appears to seek consolidation with *Lipsey v. Mendoza et al.*, No. 1:18-cv-00969-LJO-GSA, a case that has been closed. Thus, plaintiff's motion is denied without prejudice.

Plaintiff also moves to withdraw his objections to my August 2, 2019, findings and recommendations. Plaintiff indicates that he wishes only to proceed on the claims found cognizable. *See* ECF No. 17. For good cause shown, plaintiff's request is granted and his objections, ECF No. 15, shall be disregarded.

IT IS SO ORDERED.

Dated: January 21, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.