1
2
3
4
5
6
7
8                   UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER LIPSEY, JR,                  Case No.   1:18-cv-00767-NONE-JDP

12              Plaintiff,                      ORDER DENYING PLAINTIFF'S MOTION
                                                REQUESTING SERVICE
13         v.
                                                ECF No. 22
14    DR. DEPOVIC, *et al.*,

15              Defendants.

16

17         Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought

18    under 42 U.S.C. § 1983.  Plaintiff moves to have certain claims served in this case that were

19    dismissed at screening.  *See* ECF No. 22.  Plaintiff's motion recites some of the procedural

20    history of the case and states that he "now request[s that] the court issue him the service forms

21    immediately."  ECF No. 22.  In prisoner cases like this one, service is only appropriate for claims

22    that have survived screening.  *See* 28 U.S.C. § 1915A.  Plaintiff provides no basis for service of

23    claims that have been dismissed, and the court finds none.  *See* Fed. R. Civ. P. 7(b)(1)(B).

24    Plaintiff's motion requesting service, ECF No. 22, is denied.

25
26
27
28

                                               1

IT IS SO ORDERED.

Dated:   May 22, 2020

UNITED STATES MAGISTRATE JUDGE

No. 204.